CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO, State Bar No. 136643
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
E-mail: agalindo@cgsattys.com
*Attorneys for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH LLP
PHILIP R. COSGROVE, State Bar No. 92564
phil.cosgrove@nelsonmullins.com
RYAN E. COSGROVE, State Bar No. 277907
ryan.cosgrove@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: (424) 221-7400
Facsimile: (424) 221-7499

NELSON MULLINS RILEY & SCARBOROUGH LLP
Darin J. Lang *(admitted pro hac vice)*
darin.lang@nelsonmullins.com
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: (303) 583-9922
Facsimile: (303) 583-9999

*Attorneys for Defendant*
*GENERAL MOTORS LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| RODNEY ENGBERSON<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS COMPANY and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. 2:19-cv-01761-MCE-KJN<br><br>**ORDER RE: LEAVE TO AMEND COMPLAINT.**<br><br>Judge: The Honorable Morrison C. England, Jr<br>Trial Date: Not Scheduled<br>Action Filed: June 4, 2019 |

The Court having found good cause and based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff file a first amended complaint on or before January 30, 2020 to add defendant Delphi Automotive PLC.

IT IS SO ORDERED.

DATED: January 7, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE