**ROBERT E. DAVIES, ESQ. / SBN 106810**
**GREGORY A. NELSON, ESQ. / SBN 274926**
**DONAHUE • DAVIES LLP**
**P.O. BOX 277010**
**Sacramento, CA 95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**
**rdavies@donahuedavies.com**
**gnelson@donahuedavies.com**

**JACK E. LITTLE, JR. (*pro hac vice to be filed*)**
**PHILIP R. McDANIEL (*pro hac vice to be filed*)**
**WEINSTEIN TIPPETTS & LITTLE LLP**
**7500 San Felipe, Suite 500**
**Houston, Texas 77063**
**Telephone: (713) 244-0800**
**Facsimile:  (713) 244-0801**
**jack.little@wtllaw.com**
**philip.mcdaniel@wtllaw.com**

**Attorneys for Defendants APTIV SERVICES US, LLC and APTIV SERVICES 5 US, LLC, F/K/A DELPHI TECHNOLOGIES, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ENGBERSON<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS LLC; DELPHI AUTOMOTIVE PLC; DELPHI TECHNOLOGIES; APTIV SERVICES US, LLC, and APTIV PLC,<br><br>    Defendants. | Case No. 2:19-cv-01761-MCE-KJN<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS OF APTIV SERVICES US, LLC AND APTIV SERVICES 5 US, LLC F/K/A DELPHI TECHNOLOGIES, INC.**<br><br>Judge:        The Honorable Morrison C. England, Jr.<br>Trial Date:   Not Scheduled<br>Action Filed: June 4, 2019 |

Based upon the Stipulation for Extension of Time to File Responsive Pleadings of Aptiv Services US, LLC and Aptiv Services 5 US, LLC F/K/A Delphi Technologies, Inc. ("Stipulation") submitted by the parties, Plaintiff Rodney Engberson and Defendants Aptiv Services US, LLC and Aptiv Services 5 US, LLC F/K/A Delphi Technologies, Inc., through their respective counsel, and good cause having been shown, IT IS HEREBY ORDERED as follows:

The relief requested in the Stipulation is hereby granted.

Defendants Aptiv Services US, LLC and Aptiv Services 5 US, LLC F/K/A Delphi Technologies, Inc. shall have to and including October 21, 2020, in which to answer, move, or otherwise plead to the Complaint herein.

IT IS SO ORDERED.

Dated: October 13, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE FOR ANY MOTION FILED AS A RESPONSIVE PLEADING**

# CERTIFICATE OF SERVICE

**CAPTION:** ENGBERSON v. GENERAL MOTORS LLC, et al.
**COURT:** USDC, EASTERN DISTRICT
**CASE NO:** 2:19-cv-01761-MCE-KJN

I am a citizen of the United States, over 18 years of age, employed in Sacramento County, and not a party to the within action; my business address is 1 Natoma Street, Folsom, California, 95630.

On **October 7, 2020**, I served, in the manner indicated below, the foregoing document described as:

**[PROPOSED] ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS OF APTIV SERVICES US, LLC AND APTIV SERVICES 5 US, LLC F/K/A DELPHI TECHNOLOGIES, INC.**

to the parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows:

| Counsel for Plaintiff | Counsel for Defendant General Motors LLC |
|---|---|
| Alexis Galindo, Esq.<br>CURD, GALINDO & SMITH, L.L.P<br>301 East Ocean Boulevard, Suite 1700<br>Long Beach, CA 90802<br>562-624-1177<br>562-624-1178 FAX<br>agalindo@cgsattys.com | Philip R. Cosgrove, Esq.<br>Ryan E. Cosgrove, Esq.<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>19191 South Vermont Avenue, Suite 900<br>Torrance, CA 90502<br>424-221-7400<br>424-221-7499 FAX<br>phil.cosgrove@nelsonmullins.com<br>ryan.cosgrove@nelsonmullins.com<br><br>Darin J. Lang, Esq.<br>Cheyenne Moore, Esq.<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>1400 Wewatta Street, Suite 500<br>Denver, CO 80202<br>303-583-9923<br>202-583-9999 FAX<br>darin.lang@nelsonmullins.com<br>cheyenne.moore@nelsonmullins.com |

**XXX**   **BY ELECTRONIC FILING** with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action.

I certify (or declare), under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this affidavit was executed on **October 7, 2020**, at Folsom, California.

_____
Dawne M. Camilleri