UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY ENGBERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**GENERAL MOTORS COMPANY, et al.,**<br><br>Defendants. | 2:19-cv-01761-MCE-KJN<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br><br>Judge:  The Honorable Morrison C. England, Jr<br>Trial Date:  Not Scheduled<br>Action Filed: |

Based upon the Joint Stipulation of the parties, and good cause shown, all dates stated in the Court's Initial Scheduling Order, Dkt # 2, proceeding in this matter are hereby continued 150 days, therefore extending the non-expert discovery cut-off date to March 21, 2022. This date will be used to calculate all other dates in accordance with the Court's Initial Scheduling Order.

///

///

///

///

-1-
Order

1  The court will set a Final Pretrial Conference date after the resolution of
2 any dispositive motions, or passage of the dispositive motion cutoff, with a trial
3 date being determined at the pretrial conference or at such time as the COVID-19
4 crisis has been resolved to a level where the parties, counsel and the Court can
5 meaningfully set a trial date in this matter.
6  IT IS SO ORDERED.
7 Dated:  November 18, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE