UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY ENGBERSON,**<br><br>                        Plaintiff,<br><br>        v.<br><br>**GENERAL MOTORS COMPANY, et al.,**<br><br>                        Defendants. | 2:19-cv-01761-MCE-KJN<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:         The Honorable Morrison C. England, Jr<br>Trial Date:   Not Scheduled<br>Action Filed: June 4, 2019 |

Based on the Parties' Stipulation for Dismissal, and good cause appearing therefore, IT IS HEREBY ORDERED that:

(1) All claims and counterclaims against all parties in this action are DISMISSED WITH PREJUDICE;

(2) The Parties shall each bear their own attorney's fees and costs; and

(3) The Clerk of the Court is directed to close this case

IT IS SO ORDERED.

DATED: January 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-1-
ORDER RE: STIPULATION FOR DISMISSAL